■ In the Matter of HENRY V. SCHULTZ, Appellant, v STEPHANIE LYNESS, Respondent. [872 NYS2d 304]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered January 8, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the amended petition.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.